IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOSEPH M. O'QUINN,**

    *Plaintiff,*

v.                                             Case No.: 4:23cv484-MW/MAF

**SGT. VICE, et al.,**

    *Defendants.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 38, and has also reviewed *de novo* Plaintiff's objections, ECF No. 41. Notwithstanding Plaintiff's objections, this Court agrees with the Magistrate Judge's conclusion that Defendants' motion to dismiss, ECF No. 33, is due to be granted.

    Accordingly,

    **IT IS ORDERED**:

The report and recommendation, ECF No. 38, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Defendants' motion to dismiss, ECF No. 33, is **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 15, is **DISMISSED** for failure to state a claim upon which relief may be granted." The Clerk is directed to note on the docket that this

cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and shall close the file.

**SO ORDERED on November 7, 2024.**

s/Mark E. Walker                    
**Chief United States District Judge**
